# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LORETTA MURPHY v. HOTWIRE COMMUNICATIONS, LLC | CIVIL ACTION NO. 19-5901 |
|---|---|

## ORDER

**AND NOW** this 5th day of May, 2020, upon consideration of Defendant's Motion to Dismiss (ECF 8), Plaintiff's Response in Opposition (ECF 9), and Defendant's Reply (ECF 13), for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

BY THIS COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-5901 Murphy v Hotwire Communications LLC\19cv5901 Order re Motion to Dismiss.docx